IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHRISTOPHER TITTLE,** **PLAINTIFF**

v. **CIVIL ACTION NO.: 4:13cv244-GHD-DAS**

**LORENZO CABE, et al.** **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 30, 2014, was on that date duly served by mail on the pro se plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 30, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the instant case is hereby **DISMISSED** with prejudice for the plaintiff's failure to state a claim upon which relief may be granted, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

3. That this case is **CLOSED**.

**SO ORDERED** this the 30 day of June, 2014.

**SENIOR JUDGE**